# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

GEORGE EDWARD ANDERS (2),

Defendant.

Case No.: 20-cr-02285-CAB

**ORDER ON JOINT MOTION CONTINUING MOTION HEARING / TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

The parties jointly move to continue the motion hearing / trial setting set for November 4, 2022, at 10:30 a.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) and 18 U.S.C. § 3161(h)(8).

For reasons stated in the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial;

IT IS ORDERED that the joint motion is granted. The motion hearing / trial setting shall be continued to December 9, 2022, at 10:30 a.m.

IT IS FURTHER ORDERED that the time between the filing of the joint motion until December 9, 2022, be deemed excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7) and 3161(h)(8), in addition to any time excludable, pursuant to 18 U.S.C. § 3161(h)(1)(F), resulting from pretrial motions already filed.

1

2

3       IT IS FURTHER ORDERED that defendant George Edward Anders shall file an

4  acknowledgment confirming the next court date no later than Friday, November 4, 2022.

5       IT IS SO ORDERED.

6

7       DATED: November 2, 2022.

8                                    _____

9                                    Honorable Cathy Ann Bencivengo
                                     United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           2